## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**ADRIENNE BOWMAN, individually,**          :

                                                         :

              **Plaintiff,**          :

**v.**          :  **Case No.  14-cv-24924-FAM**

                                                           :

**DOUBLE H, INC., a Florida corporation,**          :

                                                           :

              **Defendant.**          :

_____/          :

### NOTICE OF SETTLEMENT

    Plaintiff, ADREINNE BOWMAN, hereby gives notice to the Court that she has settled the above-styled case with Defendant.  The parties will finalize their settlement papers and settlement prerequisites and submit the appropriate notices and/or motions to the Court seeking dismissal of the case.

                            Attorney for Plaintiff:

                            By:

                            Jeannette E. Albo, Esq.

                            Fla. Bar No. 0017736

                            *Of Counsel*

                            **Thomas B. Bacon, P.A.**

                            9444 S.W. 69th Ct.

                            Miami, FL 33156

                            ph. (305) 502-4593

                            jalbo@bellsouth.net

                            Thomas B. Bacon, Esq.

                            **Thomas B. Bacon, P.A.**

                            4868 S.W. 103rd Ave.

                            Cooper City, FL 33328

                            ph. (954) 925-6488

                            fax (954) 237-1990

                            tbb@thomasbaconlaw.com