## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ADRIENNE BOWMAN, individually, | : |
| | : |
| Plaintiff,———— | : |
| | :   Case No.  14-cv-24924-FAM |
| v. | : |
| | : |
| DOUBLE H, INC., a Florida corporation, | : |
| | : |
| Defendant. | |
| _____/ | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff and Defendant hereby stipulate to the dismissal of this case with prejudice pursuant to the Confidential Settlement Agreement entered into between them.

SIGNATURES

FOR PLAINTIFF

By: /s/ Jeannette E. Albo
Jeannette E. Albo, Esq.
Fla. Bar No. 0017736 *Of Counsel*
**Thomas B. Bacon, P.A.**
9444 S.W. 69th Ct.
Miami, FL 33156
ph. (305) 502-4593
jalbo@bellsouth.net

Thomas B. Bacon, Esq.
**Thomas B. Bacon, P.A.**
4868 S.W. 103rd Ave.
Cooper City, FL 33328 ph. (954) 925-6488 fax (954) 237-1990
tbb@thomasbaconlaw.com

FOR DEFENDANT

By:  /s/ Lowell J. Kuvin
Lowell J. Kuvin, ESQ.
Florida Bar No: 53072
LAW OFFICE OF LOWELL J. KUVIN
17 East Flagler Street, Suite 223
Miami, Florida 33131
Telephone: (305) 358-6800
Facsimile: (305) 358-6808
E-Mail: lowell@kuvinlaw.com